No. 76–5843. BELL v. MALLEY, WARDEN; and

No. 76–6124. BLAKE v. THOMPSON, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 76–930. RAY, GOVERNOR OF WASHINGTON, ET AL. v. ATLANTIC RICHFIELD CO. ET AL. Appeal from D. C. W. D. Wash. Probable jurisdiction noted. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 76–750. SEARS, ROEBUCK & CO. v. SAN DIEGO COUNTY DISTRICT COUNCIL OF CARPENTERS. Sup. Ct. Cal. Certiorari granted.

No. 76–938. FEDERAL MARITIME COMMISSION ET AL v. PACIFIC MARITIME ASSN. ET AL. C. A. D. C. Cir. Certiorari granted.

No. 75–500. ANDERSON v. UNITED STATES;

No. 75–509. MALLOWAY v. UNITED STATES; and

No. 75–513. DOOLITTLE ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 518 F. 2d 500.

No. 75–611. GANEM ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–963. KILGORE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–1393. PRINCIPIE v. UNITED STATES; and

No. 75–1394. LABRIOLA ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 531 F. 2d 1132.

No. 75–1813. CIVELLA ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.